IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 1-04-10066-T-An |
| ) | |
| JEREMY COLE SANDERS, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING *IN FORMA PAUPERIS* STATUS AND APPOINTING COUNSEL

On November 10, 2004, Defendant Jeremy Cole Sanders pled guilty to conspiracy to manufacture and/or distribute methamphetamine in violation of 21 U.S.C. § 846 and was sentenced to a term of sixty-three months of imprisonment. On February 24, 2005, Defendant filed a notice of appeal from the final judgment. Before the court is Defendant's motion for *in forma pauperis* status and for the appointment of counsel. The court has considered the information contained in Defendant's financial affidavit and finds that he is, indeed, indigent. Therefore, Defendant's motion for *in forma pauperis* status is GRANTED. In addition, the request to appoint counsel is GRANTED. Pursuant to Sixth Circuit Supplemental Procedural Rule 101(a), Harold E. Dorsey will be responsible for the continued representation of Defendant on appeal unless specifically relieved by the Sixth

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  04-20-05

Circuit.

IT IS SO ORDERED.

/s/ James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

18 April 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CR-10066 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Hal Dorsey
LAW OFFICES OF DWIGHT C. HAWKS
617 N. 22nd Ave.
P.O. Box 630
Humboldt, TN 38343--063

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT